## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 20-11986 |
| DENNIS A. PERRY | CHAPTER 11 |
| | SUBCHAPTER V |
| DEBTOR | SECTION A |

### DEBTOR'S MOTION TO REJECT JOINT VENTURE AGREEMENT ON 9TH STREET AS EXECUTORY CONTRACT

Chapter 11 Debtor In Possession Dennis Perry ("Debtor") moves this Court to allow the Debtor to Reject the Joint Venture Agreement on 9th Street in Marrero, Louisiana ("9th Street") under 11 USC Section 362 and respectfully represents as follows:

1.

Debtor filed for relief under Chapter 11 of the United States Bankruptcy Code on November 30, 2020. The Debtor is a debtor-in-possession with all the rights and powers of a debtor-in-possession. This is a Subchapter V Proceeding.

2.

Leo Congeni is the Subchapter V Trustee appointed herein (the "Trustee").

3.

Attached hereto as Exhibit A is a document entitled Joint Venture Agreement on 9th Street (the "Joint Venture Agreement") allegedly executed by the Debtor and Perry Associates, LLC. Attached as Exhibit B is a document with the same title but a different date.

4.

Debtor avers that the Agreement is a fraud and that Debtor never executed the Agreement. Attached hereto as Exhibit C is a copy of the Expert Report issued by The Write Consultants finding that "Based upon the documents submitted and examined, it is my professional opinion there is a **Strong Probability** that the writer of the Known Exemplars **Did Not** sign one or both of the Instruments of Procuration. Also, based upon the documents submitted and examined, it is my professional opinion there is a **Strong Probability** that the writer of the Known Exemplars **Did Not** sign one or both of the Joint Venture Agreements".

5.

Whether or not the Agreement is eventually judicially determined to be a fraud,[1] Debtor has the authority to cancel the Joint Venture Agreement as an Executory Contract under 11 U.S.C. Section 365.

6.

A debtor-in-possession has all the rights and powers of a Trustee. 11 U.S.C. Section 1107(a). 11 U.S.C. Section 365(a) provides that the trustee, subject to court approval, may assume or reject any executory contract or unexpired lease of the debtor. The Joint Venture Agreement is an executory contract as it requires performance by both parties to complete the obligations contained with the Agreement.

---

[1] This is an Affirmative Defense raised by the Debtor in his Objection to Proof of Claim Numbers 25 and 26 filed by Perry Associates herein.

**WHEREFORE,** for the foregoing reasons, after notice and hearing, the Debtor moves this Court for the entry of an Order to Reject the Joint Venture Agreement on the real property located on 9th Street in Marrero, Louisiana, and moves for all other relief as is equitable and just.

THE DE LEO LAW FIRM

/s/ Robin De Leo
Bar Roll No. 20347
800 Ramon St.
Mandeville, LA 70448
(985) 727-1664
(985) 727-4388 (Facsimile)
robin@northshoreattorney.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 25, 2021 a true and correct copy of the foregoing

Motion has been sent by electronic filing and/or US Mail to:

| | |
|---|---|
| Office of the U.S. Trustee | USTPRegion05.NR.ECF@usdoj.gov |
| Amanda George, Trial Attorney<br>Office of the US Trustee | amanda.b.george@ust.doj.gov |
| Mark Maher<br>Office of the US Trustee | mark.maher@ust.doj.gov |
| Leo Congeni<br>Trustee | leo@congenilawfirm.com |
| Matthew Resor<br>Select Portfolio Servicing, Inc.<br>Request for notice | mresor@jacksonmcpherson.com |
| Matthew Resor<br>LoanCare, LLC<br>Request for notice | mresor@jacksonmcpherson.com |
| Nationstar<br>Aldridge Pite, LLP and request for notice | bfairman@aldridgepite.com |
| Synchrony Bank<br>c/o PRA Receivables and request for notice | Claims_RMSC@PRAgroup.com |
| Patrick B. Sanders<br>Counsel for William Alden | riseagainlaw@gmail.com |
| Darryl Fish | darryldfish@gmail.com |

THE DE LEO LAW FIRM

/s/ Robin De Leo
Counsel for Dennis Perry
Bar Roll No. 20347
800 Ramon Street
Mandeville, LA 70448
(985) 727-1664
(985) 727-4388 (Facsimile)
elaine@northshoreattorney.com